Michael H. Korpi
SMITH McKENZIE ROTHWELL
   & BARLOW, P.S.
500 Union Street, Suite 700
Seattle, WA 98101
(206) 224-9900
mikek@smrblaw.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE NORTHWEST IRONWORKERS HEALTH AND SECURITY FUND, et al.,<br><br>          Plaintiffs,<br>   v.<br><br>DAVE HUNT and JANE DOE HUNT and the martial community composed thereof, DAVID SCHMEICHEL and JANE DOE SCHMEICHEL and the marital community composed thereof d/b/a D-K FIELD CONSTRUCTION WELDING,<br><br>          Defendants. | MS NO: 07-5001JKA<br><br>NO. C06-5481RBL<br><br>ORDER DIRECTING EXAMINATION OF JUDGMENT DEBTOR |

Upon plaintiffs' application for an Order directing examination of David Schmeichel, Partner/Member of Dave Hunt, Jane Doe Hunt, David Schmeichel and Jane Doe Schmeichel d/b/a D-K Field Construction Welding, proof having been made that an unsatisfied judgment against the defendant exists, it is hereby

ORDERED that David Schmeichel be and is required to appear before the undersigned U.S. Magistrate Judge, U.S. District Court, 1717 Pacific Avenue, Tacoma, Washington, Courtroom D, **on the 12th day of April, 2007, at 9:30 a.m.**, and then and there

ORDER FOR EXAMINATION OF JUDGMENT DEBTOR- 1

SMITH McKENZIE
ROTHWELL & BARLOW, P.S.
500 UNION STREET, SUITE 700
SEATTLE, WA 98101
(206) 224-9900

2900 013 ib160601 3/7/07

to answer under oath concerning any property which defendants Dave Hunt, Jane Doe Hunt, David Schmeichel and Jane Doe Schmeichel d/b/a D-K Field Construction Welding have in their possession, or under their control, which could be applied towards satisfaction of the judgment rendered in this action.

ORDERED that David Schmeichel brings to the examination the following records and documents:

1. All financial statements of the defendant prepared or given within the past two years;

2. All payroll records for the period of April 2005 through current; including payroll check registers, time cards, and state and federal reports to determine the hours worked by bargaining unit employees which should have been reported to the plaintiff Trust Funds;

3. Specific records of all accounts receivable, notes receivable, or indebtedness due to said defendant;

4. Records of all property owned by the defendant, including, but not limited to, stocks, notes, judgments, United States bonds, equipment, machinery, tools, and automobiles;

5. Any documents and records which show the existence of any security interests or conditional sales contracts of the items of personal property listed in Item 3 above;

6. All records of any savings or checking accounts, postal savings accounts, or safe deposit boxes maintained by the defendant.

7. Any records of any real property, including vendee's interests in real property owned by the defendant.

ORDER FOR EXAMINATION OF JUDGMENT DEBTOR- 2

SMITH McKENZIE
ROTHWELL & BARLOW, P.S.
500 UNION STREET, SUITE 700
SEATTLE, WA 98101
(206) 224-9900

2900 013 ib160601 3/7/07

8. Records of any mortgages or liens existing against the real property listed in Item 6 above; and

9. All income tax returns of the corporation filed within the last three years.

On the date David Schmeichel appears in Court, he will be placed under oath and questioned by plaintiffs' attorney. He has the right to have his own attorney present; and it is further

ORDERED that plaintiffs are entitled to a $25.00 appearance fee to be paid at the time and place of the hearing.

**IF DAVID SCHMEICHEL DOES NOT APPEAR, A WARRRANT WILL BE ISSUED FOR HIS ARREST**.

DATED this 7th day of March, 2007.

/s/ J. Kelley Arnold
U. S. Magistrate Judge

Presented by:

/s/ Michael H. Korpi
Michael H. Korpi, WSBA #12711
SMITH McKENZIE RORTHWELL
  & BARLOW, P.S.
Attorneys for Plaintiffs

ORDER FOR EXAMINATION OF JUDGMENT DEBTOR- 3

SMITH McKENZIE
ROTHWELL & BARLOW, P.S.
500 UNION STREET, SUITE 700
SEATTLE, WA 98101
(206) 224-9900

2900 013 ib160601 3/7/07